**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

                          RE:    Harman SANDHU
                                    Docket Number: 2:07CR00151-03
                                    PERMISSION TO TRAVEL
                                    <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The offender is requesting permission to travel to Coventry, England, United Kingdom. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 1, 2009, Mr. Sandhu was sentenced for the offenses of 21 USC 841(a)(1) and 846 - Conspiracy to Distribute and Possess With Intent to Distribute MDMA; and 21 USC 841(a)(1) - Possession With Intent to Distribute MDMA.

**Sentence imposed:** 28 months custody of the Bureau of Prisons; 36 months Supervised Release; and a $200 Special Assessment (paid in full). **Special Conditions:** Warrantless search; Outpatient treatment for drug or alcohol abuse; Drug testing; Paging device/cellular phone restrictions; Alcohol abstinence; Outpatient mental health treatment; Aftercare co-payment; and Drug registration.

**Dates and Mode of Travel:** Mr. Sandhu would like to travel from November 8, 2012, to November 14, 2012, via airline. His travel itinerary has been confirmed.

**Purpose:** Mr. Sandhu has requested travel to the United Kingdom for the wedding of his cousin. He will be traveling with an uncle, two cousins, and his cousin's husband, and they all be staying at the Hilton Coventry, located in Conventry, England. His family is financing

RE: Harman SANDHU
Docket Number: 2:07CR00151-03
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

the trip. Mr. Sandhu has remained compliant with all conditions of supervision thus far. On October 5, 2012, he was transferred to the low intensity caseload.

Respectfully submitted,

/s/Julie A. Fowler
**JULIE A. FOWLER**
**United States Probation Officer**

**DATED:** October 23, 2012
Roseville, California
/jaf

**REVIEWED BY:** /s/ Terence E. Sherbondy
for **KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ____X____    Disapproved _____

__10/24/2012__    /s/ John A. Mendez
**Date**    **John A. Mendez**
**United States District Court Judge**